## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael A. Van Aelstyn, being duly sworn, state as follows:

1. I am a Special Agent (SA), with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since 2010 and am presently assigned to the Safe Streets Task Force, Lexington, Kentucky. My duties include the investigation of criminal violations of Title 18, United States Code, Section 875. Through the course of my training and past investigations, I have had the opportunity to observe and participate in these types of investigations. In January of 2011, I participated in the investigation of the fatal shootings of Federal District Court Chief Judge John Roll and six other civilians, and the near fatal shooting of Congresswoman Gabrielle Giffords and 13 civilians in Tucson, Arizona, by Jared Lee Loughner.

2. The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as an FBI Special Agent. The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Affiant was contacted by the Capitol Police, Washington, D.C. on May 29, 2014, and advised that United States Representative Andy Barr was receiving phone calls threatening his life. These messages were recorded. This affidavit is being submitted for the purpose of a criminal complaint. I have not included each and every fact known to me concerning this investigation.

3. This affidavit is submitted in support of a criminal complaint alleging that beginning on April 21, 2014, and continuing through August 4, 2014, Russell Little repeatedly threatened the life of current United States Representative Andy Barr, and former United States Representative Ben Chandler via telephone messages left at Congressman Barr's Lexington office, in Lexington, Kentucky, in the Eastern District of Kentucky, in violation of Title 18, United States Code, Section 875. The caller identified

1

himself on the calls as Russell Little. In many of the calls Little also identified his phone number as 859-779-2959. Using this information the caller was identified by the United States Capitol Police as Russell Little, date of birth 10/10/1973, with a last known address of 983 Carneal Road, Lexington, Kentucky. United States Capitol Police passed this information onto the FBI. Based on the writer's personal review of the messages, Little made multiple specific threats to both US Representative Andy Barr and former Representative Ben Chandler. On Monday May 5, 2014, at 10:10pm Russell Little made specific threats to include "I'll bust your brains out for you. You tell Ben Chandler (former U.S. Representative) if I run across him I'll bust him in the head with a bullet. And I mean that too. I'll kill you ole feller. You take that however you want."

    4. On or about June 3, 2014, Special Agents John Whitehead and Michael Van Aelstyn of the FBI made an attempt to locate Russell Little at 983 Carneal Road, Lexington, Kentucky. Agents learned that Russell Little no longer lived at this address. Agents were able to speak with a former neighbor who provided a phone number for Russell Little's brother, Dan Little. Dan Little was contacted via telephone. Dan Little provided Russell Little's current residence address at 3382 Hwy 169, Richmond, Kentucky. In addition, Dan Little advised agents he provided Russell Little with two cellular telephones, the first telephone number being 859-779-2959, and the second phone number being 859-983-1113. Dan Little advised Agents that he was the AT&T account holder for the cellular phone(s) currently being used by Russell Little. Dan Little was cooperative, and provided agents with information about when Russell Little would next be home. On June 4, 2014, Agents were able to make contact with Russell Little in regards to his threatening voice mails left for Representative Barr. Little admitted to making the telephone calls, and apologized for threatening Representative Barr, and promised to not call Barr or his office anymore. Little was informed that if anymore calls occurred that actions on the part of law enforcement would occur against Little. On July 18, 2014, U.S. Capitol Police again contacted the affiant via telephone advising that Russell Little had left additional voicemails at Representative Barr's Lexington, Kentucky office. Specifically, two voicemails were received on July 3, 2014, one voicemail on July 12, 2014, one

voicemail on July 15, 2014, and a final voicemail on July 16, 2014. The recorded voicemails were reviewed by the affiant. The content of the voicemails in July, demonstrated that Little was highly agitated and continued to make threats towards Representative Barr. The threats were both explicit and direct. Little states in a voicemail left on July 12, 2014 at 11:43 am (affiant has replaced Mr. Little's offensive language with [expletive]) "…you send people to my [expletive] house, how the [expletive] hell do you [expletive] sleep at night, how the [expletive] does the state [expletive] senate, in the mother [expletive] butt [expletive] fagot [expletive] state capitol [expletive] sleep at night. You tell Ken Camry he's in [expletive] trouble." Each of the voicemails contained similar threatening communication regarding Little wanting access to his medical records. In many of the voicemails Little identifies himself by name and/or telephone number 859-779-2959.

5. At the beginning of August of 2014, the affiant was contacted directly by U.S. Representative Barr's Lexington Office Staff. In total seven additional voice mails were left at Representative Barr's Lexington Office. All of the recorded voicemails were reviewed by the affiant. Five of the voicemails were received on August 3, 2014. The voicemail received on August 1, 2014 at 10:26 pm, states (affiant has replaced Mr. Little's offensive language with [expletive]), "…Let me tell something Mr. Chandler, I'll blow a mother [expletive] bullet in your [expletive] head (unintelligible) you son of a bitch. Now who's got my [expletive] medical records? I'll [expletive] kill you old feller, you got that! I don't [expletive] care who you tell about it! You've already crossed too many lines ole feller; you are a butt [expletive] mother [expletive] faggot. Now who's got my [expletive] money and who's got my [expletive] medical records! You think you are [expletive] bad? You bring it on big boy…"

6. Dan Little, the brother of Russell Little, provided the affiant with information pertaining to telephone numbers 859-779-2959 and 859-983-1113. Dan Little confirmed that he is the sole account manager, and pays the entire phone bill on telephone numbers 859-779-2959 and 859-983-1113, the phone numbers which Russell Little has been calling US Representative Barr's office. Dan Little stated that he has paid that phone bill for approximately three years. Dan receives the phone bill from

AT&T. The AT&T bill arrives via the mail and is then paid at the location of AT&T Mobility, PO Box 536216, Atlanta, Georgia 30353-6216. Dan Little not only pays the phone bill but has access to the entire AT&T account, as telephone bill is received at: Dan Little, PO Box 297, Waco, Kentucky 40385-0297. On July 30, 2014, Russell Little returned phone number 859-779-2959 to Dan Little, at which time the only phone that Russell Little had access to was the telephone that Dan Little had provided to another employee of Little Heat and Little Air, Travis Mullins. The telephone number provided to Mullins was 859-983-1113, Dan Little also is the primary caretaker of that telephone line. These telephone lines, are the only numbers that have been provided to Russell Little since April of 2014. One telephone was an IPhone 4 serial number DNPJTQBDDP0N and IMEI 013276008862345 and the other a Nokia IMEI 353045063341497.

7. The cellular telephone network that Little was using is AT&T. Affiant contacted both AT&T and the FBI Cellular Analysis Survey Team for further information regarding the transmission of cellular calls and the content of those calls. AT&T operates an interstate network. AT&T does not maintain any billing facilities in Kentucky. AT&T does not manufacture cellular telephones in Kentucky. Rather, the parts for cell phones and cell towers are made in Asia, Mexico, and Germany. A call that originates from an AT&T cellular phone, sent between phones located within Kentucky, is not limited to communication facilities within Kentucky. When a call or message is sent, the cell phone establishes radio communication with a cell tower within Kentucky. Switches within the network efficiently determine how and where to route the call and data. Although there are mobile switching centers in Kentucky, the switches may route data and calls through more than one network computer database located in other states before the call arrives at its intended destination in Kentucky. It is possible that the content of a cell phone call could travel solely through switches located within Kentucky. But even if that occurred, there is still be a connection to interstate commerce because call data are simultaneously routed to a billing gateway located in another state to account for the cost of using the network. AT&T's billing gateway is located in New York.

4

8. On 07/31/2014, a complaint was generated in Madison County Kentucky for Russell Little for Terroristic Threatening and Harassing Communications. Attempts were made to locate Mr. Little at his residence located at 3382 Hwy 169, Richmond, Kentucky. Mr. Little could not be located. Dan Little was contacted and asked if he knew the whereabouts of Russell Little. Dan stated that Russell Little was working on a job for Dan's company, Little Heat and Little Air, in the Williamsburg area of Kentucky. Dan stated that Russell was staying somewhere down there with Travis Mullins another employee of Little Heat and Little Air.

9. On 08/04/2014, Colleen Chaney from U.S. Representative Andy Barr's office in Lexington contacted the affiant and stated that she had spoken with Mr. Russell Little just moments before. Ms. Chaney described Mr. Little as highly agitated. Mr. Little used a variety of curse words to express how angry he was with both Representative Ben Chandler and Representative Andy Barr. Ms. Chaney stated that Mr. Chandler was no longer in this office, to which Mr. Little stated he knew that, but he could pass along his message to both Barr and Chandler. Ms. Chaney was upset by the call and believed it to be of a threatening nature.

10. On 08/04/2014, Dan Little made contact with Russell Little. Dan advised Russell Little to turn himself in to the Kentucky State Police (KSP). Travis Mullins confirmed that Russell Little immediately fled the location where he was at in his 1998 Black Pontiac Firebird with Kentucky registration 875NGM. Dan was able to determine, through his conversation that Russell was highly agitated, and Travis Mullins confirmed that Russell had a firearm inside the front passenger seat compartment of the vehicle. Kentucky State Police made attempts to stop Russell Little, while he was driving northbound on Interstate 75 from the Williamsburg area towards Lexington, Kentucky. Little refused to stop and lead KSP on a 40 mile pursuit. Little swerved to avoid KSP stingers that were deployed to deflate Little's tires. KSP was able to conclude the pursuit through the use of a precision immobilization technique. Mr. Little was taken into custody without further incident, and identified based upon questions regarding his identity, as well as through his Commonwealth of Kentucky Drivers License. A loaded .38

caliber revolver with six rounds in the cylinder was located in the front passenger seat compartment of the vehicle.

        11. Based on the above facts and circumstances as well as your affiant's training and experience in law enforcement, affiant states there is probable cause to believe Russell Little has committed violations of Title 18, United States Code, Section 875.

_____
Michael A. Van Aelstyn, Special Agent
Federal Bureau of Investigation


Sworn to before me this the **22nd** day of August, 2014.


_____
Honorable Robert E. Wier
United States Magistrate Judge
Eastern District of Kentucky

6